

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00579-CV

**IN THE INTEREST OF D.J.R.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02365
Honorable Nicole Garza, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on December 19, 2022. On December 20, 2022 appellant filed a motion requesting a thirty-day extension of time.

After consideration, we **GRANT** the motion **in part** and **ORDER** appellant to file her brief **by** January 9, 2023. **Appellant is advised that further extensions of time will be disfavored**.

It is so **ORDERED** December 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT